DAKINS, Respondent, v. DAVIDSON, et al, Appellants.

(262 N. W. 234.)

(File No. 7855.   Opinion filed September 9, 1935.)

C. A. Oppenborn, of Waubay, for Appellant.
N. J. Jones, of Britton, for Respondent.

PER CURIAM.   In this case a notice of appeal was served on the 12th day of June, 1935, and a certified copy of the notice of appeal was filed in this court on the 20th day of June, 1935. Since that time no further steps have been taken in this court, and no brief has been filed in behalf of the appellants.

The appeal is therefore deemed abandoned, and the judgment and order appealed from are affirmed.

All the Judges concur, except RUDOLPH, J., absent and not sitting.